1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEAN ERVIN PHILLIPS,

                      Petitioner,

    v.

BETH RENEE RIETEMA, THURSTON
COUNTY SUPERIOR COURT,

                    Respondents.

No. C14-5826 RBL-KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Court, having reviewed the petition for writ of habeas corpus, the response, the

Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report

and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

      (1)     The Court **ADOPTS** the Report and Recommendation.

      (2)     The petition for writ of habeas corpus is **DISMISSED.**

      (3)     The issuance of a certificate of appealability is **DENIED.**

      (4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for
              Respondent and to the Hon. Karen L. Strombom.

**DATED** this 5th day of December, 2014.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1